**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 24-81362-CV-MIDDLEBROOKS

NELSON FERNANDEZ,

Plaintiff,

v.

LA VIE RESTAURANT 2, INC.,
a Florida for-profit corporation,

Defendant.
_______________________________________/

**ORDER CLOSING CASE**

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice, filed January 3, 2025. (DE 12). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither. Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED** with prejudice. The Clerk of Court shall **CLOSE THIS CASE.** All pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers, at West Palm Beach, Florida, this 8 day of January, 2025.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

CC: Counsel of Record